*E-Filed 6/30/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHIRLEY V. REMMERT; JULIA C. VENOYA; and EVA D. AL-ZAGHARI,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

    Defendants.

No. C 11-80146 RS

**ORDER DENYING LEAVE TO FILE COMPLAINT**

By Order issued on August 15, 2001, plaintiffs are required to obtain leave of Court prior to filing any papers related to numerous actions previously submitted. On May 31, 2011, in case no. 80-80114 JSW, Remmert was denied leave to file a complaint pursuant to the Order. Plaintiffs now attempt to obtain permission to file an amended version of the complaint in order to name the United States Department of Justice instead of the Immigration and Naturalization Service (INS). Again, pursuant to the pre-filing Order, leave to proceed is denied. The Clerk of Court shall close the file.

IT IS SO ORDERED.

Dated: 6/30/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-80146 RS
ORDER DENYING LEAVE TO FILE COMPLAINT